O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| IMAX CORPORATION, a Canadian corporation, | ) ) | Case No. CV 13-04640 DDP (MRWx) |
| | ) | |
| Plaintiff, | ) | **Order to Show Cause Why This** |
| | ) | **Action Should Not Be Dismissed** |
| v. | ) | **For Lack of Subject Matter** |
| | ) | **Jurisdiction** |
| GDC TECHNOLOGY (USA) LLC, | ) | |
| California Limited Liability | ) | |
| Company; GDC TECHNOLOGY | ) | |
| LIMITED, a British Virgin | ) | |
| Islands company; GDC | ) | |
| TECHNOLOGY LIMITED, a Cayman | ) | |
| Islands company, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| _____ | ) | |

    Plaintiff IMAX Corporation is ordered to show cause why this

action should not dismissed for lack of subject matter

jurisdiction.

    District courts have "original jurisdiction of all civil

actions arising under the Constitution, laws, or treaties of the

United States."  28 U.S.C. § 1331.  Alternatively, district courts

may exercise diversity jurisdiction when there is complete

diversity between the parties and the amount in controversy exceeds

1   $75,000.  28 U.S.C. § 1332.  Complete diversity means that each of

2   the plaintiffs must be a citizen of a different state than each of

3   the defendants.  <u>Catepillar Inc. v. Lewis</u>, 519 U.S. 61, 68 (1996).

4   However, "diversity jurisdiction does not encompass a foreign

5   plaintiff suing foreign defendants."  <u>Nike, Inc. v. Comercial</u>

6   <u>Iberica de Exclusivas Deportivas, S.A.</u>, 20 F.3d 987, 991 (9th Cir.

7   1994).  Having a citizen defendant "does not salvage jurisdiction

8   because diversity must be complete."  <u>Id.</u>  It is therefore not

9   clear from the Complaint that there is complete diversity due to

10  alien parties on both sides of the suit.

11       Also, nothing on the face of Plaintiff's Complaint suggests a

12  federal question as the claims are based on California law.

13       Accordingly, the court orders Plaintiff to file a brief, not

14  to exceed ten pages, by August 12, 2013, showing why this action

15  should not be dismissed for lack of jurisdiction.  Plaintiff should

16  also deliver a courtesy copy to chambers, Room 244-J, Second Floor,

17  312 N. Spring Street, Los Angeles.  The court will regard any

18  failure to file an explanatory brief as consent to dismiss this

19  matter.

20

21  IT IS SO ORDERED.

22

23

24  Dated: July 30, 2013

                                    DEAN D. PREGERSON
25                                  United States District Judge

26

27

28

                                    2